IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SOUTHCROSS HOLDINGS LP, | ) Case No. 16-_____ (___) |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Southcross Holdings LP | EIG BBTS Holdings LLC | 1717 Main Street, Suite 5200 Dallas, Texas 75201 | 35.49% |
| | TW BBTS Aggregator LP (Tailwater) | 1717 Main Street, Suite 5200 Dallas, Texas 75201 | 33.91% |
| | Southcross Energy LLC (Charlesbank) | 1717 Main Street, Suite 5200 Dallas, Texas 75201 | 29.18% |
| | Preferred Equity Holders (Class B) | EFS-S LLC c/o GE Energy Financial Services Attn: Midstream Portfolio Leader 800 Long Ridge Road Stamford, CT 06927 | 0.34% |
| | | Energy Capital Partners Mezzanine Opportunities Fund A, LP 51 John F. Kennedy Parkway, Suite 200 Short Hills, New Jersey 07078 | 0.80% |
| | | ECP Mezzanine B (Southcross I IP), LP 51 John F. Kennedy Parkway, Suite 200 Short Hills, New Jersey 07078 | 0.18% |
| | | Energy Capital Partners Mezzanine (SOUTHCROSS CO-INVEST), LP 51 John F. Kennedy Parkway, Suite 200 Short Hills, New Jersey 07078 | 0.07% |
| | | Energy Capital Partners Mezzanine Opportunities Fund, LP 51 John F. Kennedy Parkway, Suite 200 Short Hills, New Jersey 07078 | 0.04% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

Fill in this information to identify the case and this filing:

Debtor Name       Southcross Holdings LP

United States Bankruptcy Court for the:        Southern District of Texas
                                                                    (State)
Case number (If known):

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration        List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**3/27/2016**                     **/s/ Bret M. Allan**
MM/ DD/YYYY                  Signature of individual signing on behalf of debtor

                             **Bret M. Allan**
                             Printed name

                             **Authorized Signatory**
                             Position or relationship to debtor

Official Form 202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**