**Fill in this information to identify the case:**

Debtor name: Southcross Holdings LP

United States Bankruptcy Court for the: Southern District of Texas

Case number (*If known*): _____ (State)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CULBERSON CONSTRUCTION INC<br>4500 COLONY RD<br>GRANBURY, TX  76048 | Name:  BRAD CULBERSON<br>Tel: 817-573-3079<br>Email: info@ccincservices.com<br>Fax: 817-573-5349 | Trade Debt | | | | $1,080,916.36 |
| 2 | CCC GROUP, INC<br>5797 DIETRICH ROAD<br>SAN ANTONIO, TX  78219 | Name:  TIM HENNING<br>Tel: 210-661-4251<br>Fax: 210-661-6060 | Trade Debt | | | | $773,571.53 |
| 3 | H & S CONSTRUCTORS INC.<br>1616 VALERO WAY<br>CORPUS CHRISTI, TX  78469 | Name:  PATRICK J. HORNE<br>Tel: 361-289-5272<br>Email: contact@hsconstructors.com<br>Fax: 361-289-1572 | Trade Debt | | | | $505,216.04 |
| 4 | CORE ENGINEERING LLC<br>842 CANTWELL LANE<br>CORPUS CHRISTI, TX  78408 | Name:  DANNY CLARK<br>Tel: 361-452-3532<br>Email: info@coreengg.com<br>Fax: 361-452-3517 | Trade Debt | | | | $272,287.67 |
| 5 | ROTO VERSAL COMPRESSION SERVIC<br>13223 FM 529 ROAD<br>HOUSTON, TX  77041 | Name:  KEN PLOCEK<br>Tel: 713-538-2800<br>Email: ken.plocek@roto-versal.com<br>Fax: 713-538-2820 | Trade Debt | | | | $230,302.65 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | D&M FABRICATION, LLC<br>707 E COMAL<br>PEARSALL, TX 78061 | Name:  JASON LODEN<br>Tel:  903-283-1424<br>Email: jason@dandmfabrication.com | Trade Debt | | | | $159,431.00 |
| 7 | MUELLER ENVIRONMENTAL DESIGNS, INC.<br>7607 WRIGHT ROAD<br>HOUSTON, TX  77041 | Name:  FRED MUELLER<br>Tel:  713-465-0995<br>Fax:  713-465-0997 | Trade Debt | | | | $144,413.00 |
| 8 | UTILITECH POWER PRODUCTS<br>5105 W CARDINAL DRIVE<br>BEAUMONT, TX  77705 | Name:  GENE JOHNSON / MICAH JOHNSON<br>Tel:  409-842-8383<br>Email:  gjohnson@utilitechpower.com<br>           mjohnson@utilitechpower.com<br>Fax:  409-842-8390 | Trade Debt | | | | $135,924.52 |
| 9 | SAFWAY SERVICES, LLC<br>2910 EAST PASADENA FRWY.<br>PASADENA, TX 77506 | Name:  BILL HAYES<br>Tel:  713-473-9070<br>Email:  info_request@safway.com<br>Fax:  713-473-5292 | Trade Debt | | | | $125,708.69 |
| 10 | ESP PETROCHEMICALS, INC<br>C/O TRANSFAC CAPITAL, LLC<br>257 EAST 200 SOUTH, SUITE 350<br>SALT LAKE CITY, UT  84111<br><br>ESP RESOURCES, INC.<br>1003 S HUGH WALLIS RD. G-1<br>LAFAYETTE, LA 70508 | Name:  TONY PRIMEAUX<br>Tel:  337-456-4569<br>Fax:  337-456-4725 | Trade Debt | | | | $118,022.11 |
| 11 | PIPELINE LAND SERVICES, INC.<br>1200 S. WOODROW LN, STE 200<br>DENTON, TX 76205<br><br>PIPELINE LAND SERVICES, INC.<br>4708 K-MART DRIVE, SUITE A<br>WICHITA FALLS, TX 76308 | Name:  GARY GORHAM<br>Tel:  940-808-1191  (Denton Office)<br>        940-691-6265 (Wichita Falls Office)<br>Email:  info@pipelinelandservices.com | Trade Debt | | | | $98,303.19 |
| 12 | H & S VALVE, INC.<br>6704 N. COUNTY RD. WEST<br>ODESSA, TX  79764 | Name:  LES LITTLEJOHN<br>Tel:  432-362-0486<br>Email:  administration@hsvalveinc.com<br>Fax:  432-368-5052 | Trade Debt | | | | $94,004.83 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | SUMMIT ELECTRIC SUPPLY<br>2900 STANFORD NE<br>ALBUQUERQUE, NM 87107<br><br>SUMMIT ELECTRIC SUPPLY<br>2646 MAÑANA DRIVE<br>DALLAS, TX 75220 | Name:  VICTOR JURY, JR.<br>            SCOTT COGAN<br>Tel:  214-357-7000<br>Email: info@summit.com<br>Fax:  214-956-9010 | Trade Debt | | | | $87,410.25 |
| 14 | FLATROCK ENGINEERING & ENVIRONMENTAL, LTD.<br>18615 TUSCANY STONE<br>SUITE 380<br>SAN ANTONIO, TX  78258 | Name:  WADE INGLE<br>Tel:  210-568-1861<br>Email: wade.ingle@flatrockenergy.com<br>Fax:  210-587-6050 | Trade Debt | | | | $86,432.23 |
| 15 | KNIGHTEN MACHINE & SERVICE, INC.<br>3323 N COUNTY RD WEST<br>PO BOX 12587<br>ODESSA, TX  79768 | Name:  WILLIAM KNIGHTEN<br>Tel:  432-362-0468<br>Fax:  432-362-9813 | Trade Debt | | | | $64,077.44 |
| 16 | AVENTINE HILL PARTNERS, INC.<br>13750 SAN PEDRO AVE.<br>SUITE 370<br>SAN ANTONIO, TX 78232 | Name:  WALTER BELT<br>Tel:  210-745-4200<br>Email: sanantonio@aventinehillinc.com<br>Fax:  210-745-4199 | Trade Debt | | | | $54,884.25 |
| 17 | ATLAS PL SOUTHTEX PROCESSING COMPANY LP<br>110 WEST 7TH STREET, STE 2300<br>TULSA, OK 74119<br><br>ATLAS PL SOUTHTEX PROCESSING COMPANY LP<br>2602 MCKINNEY AVE, STE 350<br>DALLAS, TX 75204 | Name:  EUGENE DUBAY<br>Tel:  918-574-3500<br>Fax:  918-493-3878 | Trade Debt | | | | Undetermined |
| 18 | BP ENERGY COMPANY<br>201 HELIOS WAY<br>HOUSTON, TX 77079 | Name:  JAY GULLEY<br>Tel:  713-323-2000<br>Fax:  281-366-5027 | Trade Debt | | | | Undetermined |
| 19 | DCP SOUTH CENTRAL TEXAS LLC<br>5718 WESTHEIMER RD<br>SUITE 1900<br>HOUSTON, TX 77057 | Name:  WOUTER VAN KEMPEN<br>Tel:  713-735-3600<br>Fax:  713-735-3121 | Trade Debt | | | | Undetermined |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | SANCHEZ ENERGY CORPORATION 1000 MAIN STREET, SUITE 3000 HOUSTON, TX 77002  SANCHEZ ENERGY CORPORATION 1501 MCKINNEY STREET HOUSTON, TX 77010 | Name:  ANTONIO R. SANCHEZ III Tel:  713-783-0000 Email:  ir@sanchezenergycorp.com Fax:  302-655-5049 | Trade Debt | | | | Undetermined |

Fill in this information to identify the case and this filing:

Debtor Name       Southcross Holdings LP

United States Bankruptcy Court for the:       Southern District of Texas
                                                            (State)
Case number (If known):

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**3/27/2016**                         **/s/ Bret M. Allan**
MM/ DD/YYYY                     Signature of individual signing on behalf of debtor
                                            **Bret M. Allan**
                                            Printed name
                                            **Authorized Signatory**
                                            Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**