# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION



ENTERED
03/28/2016

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| SOUTHCROSS HOLDINGS LP, | § | Case No. 16-20111 |
| Debtor. | § | |
| Tax I.D. No. 47-1137700 | § | |
| In re: | § | Chapter 11 |
| FRIO LASALLE GP, LLC, | § | Case No. 16-20102 |
| Debtor. | § | |
| Tax I.D. No. 30-0839882 | § | |
| In re: | § | Chapter 11 |
| FRIO LASALLE PIPELINE, LP, | § | Case No. 16-20101 |
| Debtor. | § | |
| Tax I.D. No. 30-0839792 | § | |
| In re: | § | Chapter 11 |
| SOUTHCROSS HOLDINGS BORROWER GP LLC, | § | Case No. 16-20108 |
| Debtor. | § | |
| Tax I.D. No. 47-1266790 | § | |
| In re: | § | Chapter 11 |
| SOUTHCROSS HOLDINGS BORROWER LP, | § | Case No. 16-20107 |
| Debtor. | § | |
| Tax I.D. No. 47-1266880 | § | |

| | | |
|---|---|---|
| In re: <br><br> SOUTHCROSS HOLDINGS GP LLC, <br><br> Debtor. <br><br> Tax I.D. No. 30-0832020 | § § § § § § § § § | Chapter 11 <br><br> Case No. 16-20112 |
| In re: <br><br> SOUTHCROSS HOLDINGS GUARANTOR GP LLC, <br><br> Debtor. <br><br> Tax I.D. No. 47-1266523 | § § § § § § § § § | Chapter 11 <br><br> Case No. 16-20110 |
| In re: <br><br> SOUTHCROSS HOLDINGS GUARANTOR LP, <br><br> Debtor. <br><br> Tax I.D. No. 47-1266622 | § § § § § § § § § | Chapter 11 <br><br> Case No. 16-20109 |
| In re: <br><br> TEXSTAR MIDSTREAM GP, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-1597001 | § § § § § § § § | Chapter 11 <br><br> Case No. 16-20106 |
| In re: <br><br> TEXSTAR MIDSTREAM SERVICES, LP, <br><br> Debtor. <br><br> Tax I.D. No. 26-1597100 | § § § § § § § § | Chapter 11 <br><br> Case No. 16-20105 |

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| TEXSTAR MIDSTREAM T/U GP, LLC, § Debtor § Tax I.D. No. 61-1723754 | § § § § § | Case No. 16-20104 |
| In re: | § § | Chapter 11 |
| TEXSTAR MIDSTREAM UTILITY, LP, § Debtor. | § § § § | Case No. 16-20103 |
| Tax I.D. No. 26-4023706 | § | **Re: Docket No. 4** |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-20111. Additionally, the following are ordered:

   a. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   b. Case Nos. 16-20102, 16-20107, 16-20110, 16-20111 and 16-20112 are transferred to Judge Marvin Isgur.

   c. Parties may request joint hearings on matters pending in any of the jointly administered cases.

2. The caption of the jointly administered cases should read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SOUTHCROSS HOLDINGS LP, *et al.*,[1] | § | Case No. 16-20111 |
| | § | |
| Debtors. | § | Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Southcross Holdings LP (7700); Frio LaSalle GP, LLC (9882); Frio LaSalle Pipeline, LP (9792); Southcross Holdings Borrower GP LLC (6790); Southcross Holdings Borrower LP (6880); Southcross Holdings GP LLC (2020); Southcross Holdings Guarantor GP LLC (6523); Southcross Holdings Guarantor LP (6622); TexStar Midstream GP, LLC (7001); TexStar Midstream Services, LP (7100); TexStar Midstream T/U GP, LLC (3754); and TexStar Midstream Utility, LP (3706). The location of the Debtors' service address is 1717 Main Street, Dallas, Texas, 75201.

3. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. A docket entry, substantially similar to the following, will be entered on the docket of each of the Debtors other than Southcross Holdings LP to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Southcross Holdings LP, Case No. 16-20111; Frio LaSalle GP, LLC, Case No. 16-20102; Frio LaSalle Pipeline, LP, Case No. 16-20101; Southcross Holdings Borrower GP LLC, Case No. 16-20108; Southcross Holdings Borrower LP, Case No. 16-20107; Southcross Holdings GP LLC, Case No. 16-20112; Southcross Holdings Guarantor GP LLC, Case No. 16-20110; Southcross Holdings Guarantor LP, Case No. 16-20109; TexStar Midstream GP, LLC, Case No. 16-20106; TexStar Midstream Services, LP, Case No. 16-20105; TexStar Midstream T/U GP, LLC, Case No. 16-20104; and TexStar Midstream Utility, LP, Case No. 16-20103. The docket in Case No. 16-20111 should be consulted for all matters affecting this case.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of any party-in-interest to seek entry of an Order substantively consolidating their respective cases.

March 28, 2016  
Houston, Texas

_____  
UNITED STATES BANKRUPTCY JUDGE