IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SOUTHCROSS HOLDINGS LP, *et al.*,[1] | § | Case No. 16-20111 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

NOTICE OF FILING OF REVISED INTERIM ORDER
(I) AUTHORIZING RETENTION AND APPOINTMENT OF
NOTICING AND BALLOTING AGENT AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on March 28, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Emergency Application of Southcross Holdings LP, et al., for (I) Appointment of Epiq Bankruptcy Solutions, LLC as Noticing and Balloting Agent and (II) Granting Related Relief* [Docket No. 17] (the "Motion"). A proposed order (the "Original Proposed Order") was attached as Exhibit A to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised *Interim Order (I) Authorizing Retention and Appointment of Noticing and Balloting Agent and (II) Granting Related Relief*, attached hereto as **Exhibit A** (the "Revised Interim Order"). A redline of the Revised Interim Order against the Original Proposed Order is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Southcross Holdings LP (7700); Frio LaSalle GP, LLC (9882); Frio LaSalle Pipeline, LP (9792); Southcross Holdings Borrower GP LLC (6790); Southcross Holdings Borrower LP (6880); Southcross Holdings GP LLC (2020); Southcross Holdings Guarantor GP LLC (6523); Southcross Holdings Guarantor LP (6622); TexStar Midstream GP, LLC (7001); TexStar Midstream Services, LP (7100); TexStar Midstream T/U GP, LLC (3754); and TexStar Midstream Utility, LP (3706). The location of the Debtors' service address is: 1717 Main Street, Dallas, Texas, 75201.

KE 40643432

Dated:  March 29, 2016    /s/ *Zack A. Clement*
Zack A. Clement (Texas Bar No. 04361550)
**ZACK A. CLEMENT PLLC**
3753 Drummond
Houston, Texas 77025
Telephone:   (832) 274-7629
Email:   zack.clement@icloud.com

- and -

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Emily E. Geier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   anup.sathy@kirkland.com
   chad.husnick@kirkland.com
   emily.geier@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on March 29, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  /s/ *Zack A. Clement*
                                                  One of Counsel