IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | &#124; | Chapter 11 |
| | &#124; | |
| SOUTHCROSS HOLDINGS LP, et al, | &#124; | Case No. 16-20111 |
| | &#124; | |
| Debtors | &#124; | Jointly Administered |

**OBJECTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE USE OF CASH COLLATRAL, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**
(doc 9)

Comes now Caterpillar Financial Services Corporation ("Caterpillar Financial") a creditor and party in interest and objects to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (doc 9, the "Motion"), and respectfully represents:

1.   The Motion would authorize the Debtors to disburse most if not all of the Debtors' income to the Debtors' non bankrupt subsidiaries, who would be able to spend the Debtors' money as they see fit, without supervision or control of the Bankruptcy Court or the normal budget approval process, to the detriment of the estate.

Respectfully submitted,

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: */s/ John Mayer/*

John Mayer
Texas Bar Number 13274500
Southern District of Texas Number 502092
7700 San Felipe, Suite 550
Houston, Texas 77063
Phone 713-626-1200
Fax 713-623-6014
Email jmayer@rossbanks.com
Attorney for Caterpillar Financial Services Corporation

## CERTIFICATE OF SERVICE

    I certify that true copies of this objection were served upon all persons and parties who have entered an appearance in this case electronically by means of the Court's CM/ECF system on March 30, 2016.

. */s/ John Mayer/*

John Mayer