IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| SOUTHCROSS HOLDINGS LP, et al, | | Case No. 16-20111 |
| Debtors | | Jointly Administered |

**OBJECTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION CLAIMS IN THE ORIDNARY COURSE OF BUSINESS**
(doc 14)

Comes now Caterpillar Financial Services Corporation ("Caterpillar Financial") a creditor and party in interest and objects to the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business (doc 14, the "Motion"), and respectfully represents:

1. The Motion would authorize the Debtors to pay prepetition claims and debts which are not entitled to any priority ahead of other allowed unsecured claims.

2. The Motion states no basis for payment of the unsecured creditors whose claims they wish to pay as critical vendors or sole source suppliers. There must be a showing of cause in order for the Court to authorize payment of prepeition claims of critical vendors, and a showing of the probability of harm to the estate if the critical vendors are not paid. *In re Kmart Corp.*, 359 F.3d 866 (7th Cir. 2004).

Respectfully submitted,

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: */s/ John Mayer*

John Mayer
Texas Bar Number 13274500
Southern District of Texas Number 502092
7700 San Felipe, Suite 550
Houston, Texas 77063
Phone 713-626-1200
Fax 713-623-6014
Email jmayer@rossbanks.com
Attorney for Caterpillar Financial Services Corporation

## CERTIFICATE OF SERVICE

    I certify that true copies of this objection were served upon all persons and parties who have entered an appearance in this case electronically by means of the Court's CM/ECF system on March 30, 2016.

*/s/ John Mayer*
John Mayer