

ENTERED
05/10/2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SOUTHCROSS HOLDINGS LP, *et al.*,[1] | § | Case No. 16-20111 (MI) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |

## ORDER EXTENDING THE TIME TO FILE
## SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

The Court orders:

1. The time within which the Debtors[2] shall file the Schedule and Statements is extended through and including the date of entry of an order with respect to the Final Decree Motion, without prejudice to the Debtors' right to seek further extensions of the time within which to file the Schedules and Statements or seek additional relief from this Court regarding the filing of, or waiver of the requirement to file, the Schedules and Statements.

2. Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Southcross Holdings LP (7700); Frio LaSalle GP, LLC (9882); Frio LaSalle Pipeline, LP (9792); Southcross Holdings Borrower GP LLC (6790); Southcross Holdings Borrower LP (6880); Southcross Holdings GP LLC (2020); Southcross Holdings Guarantor GP LLC (6523); Southcross Holdings Guarantor LP (6622); TexStar Midstream GP, LLC (7001); TexStar Midstream Services, LP (7100); TexStar Midstream T/U GP, LLC (3754); and TexStar Midstream Utility, LP (3706). The location of the Debtors' service address is: 1717 Main Street, Dallas, Texas, 75201.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth to them in the Motion.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed:

    May 10, 2016

_____
Marvin Isgur
United States Bankruptcy Judge