

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
06/03/2016

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SOUTHCROSS HOLDINGS LP, et al.,[1] | § § | Case No. 16-20111 (MI) |
| Reorganized Debtors. | § § | (Jointly Administered) |
| | § § | Re: Docket No. 239 |

## FINAL DECREE CLOSING THE CHAPTER 11 CASES AND TERMINATING CERTAIN NOTICING SERVICES

The Court orders:

1. The following chapter 11 cases of the Reorganized Debtors[2] are hereby closed; *provided* that this Court shall retain jurisdiction as provided in Article XI of the Plan:

| Debtor | Case No. |
|---|---|
| Southcross Holdings LP | 16-20111 |
| Frio LaSalle GP, LLC | 16-20102 |
| Frio LaSalle Pipeline, LP | 16-20101 |
| Southcross Holdings Borrower GP LLC | 16-20108 |
| Southcross Holdings Borrower LP | 16-20107 |
| Southcross Holdings GP LLC | 16-20112 |
| Southcross Holdings Guarantor GP LLC | 16-20110 |
| Southcross Holdings Guarantor LP | 16-20109 |
| TexStar Midstream GP, LLC | 16-20106 |
| TexStar Midstream Services, LP | 16-20105 |
| TexStar Midstream T/U GP, LLC | 16-20104 |
| TexStar Midstream Utility, LP | 16-20103 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Southcross Holdings LP (7700); Frio LaSalle GP, LLC (9882); Frio LaSalle Pipeline, LP (9792); Southcross Holdings Borrower GP LLC (6790); Southcross Holdings Borrower LP (6880); Southcross Holdings GP LLC (2020); Southcross Holdings Guarantor GP LLC (6523); Southcross Holdings Guarantor LP (6622); TexStar Midstream GP, LLC (7001); TexStar Midstream Services, LP (7100); TexStar Midstream T/U GP, LLC (3754); and TexStar Midstream Utility, LP (3706). The location of the Debtors' service address is: 1717 Main Street, Dallas, Texas, 75201.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth to them in the Motion.

2. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code.

3. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

4. The U.S. Trustee need not and shall not convene a meeting of creditors or equity holders pursuant to section 341(e) of the Bankruptcy Code.

5. The requirement that the Debtors file the Schedules and Statements is hereby waived.

6. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

Dated: 6-2, 2016
Houston, Texas

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE